UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN BOOKER,

    Plaintiff,

v.

CHRISTOPHER BURNETT, *et al.*,

    Defendants.
_____/

Case No. 15-cv-12345
Hon. Matthew F. Leitman

## ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF #32) AND DIRECTING PARTIES TO FACILITATE

Before the Court is Defendants' Motion for Summary Judgment (the "Motion") (ECF #32), which was filed and served on June 17, 2016. The Court held a hearing on the Motion on October 11, 2016. For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the Motion (ECF #32) is **DENIED**.

**IT IS FURTHER ORDERED** that parties shall facilitate within 60 days. Pending the outcome of facilitation, all dates in the Scheduling Order (ECF #24) are held in abeyance. If the case does not settle, the Court will issue an updated schedule.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: October 11, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 11, 2016, by electronic means and/or ordinary mail.

                                             s/Holly A. Monda
                                             Case Manager
                                             (313) 234-5113